# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3974 PA (PLAx) | Date | January 13, 2011 |
|---|---|---|---|
| Title | Seven Arts Pictures, Inc. v. 9MD UK Limited, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE

Before the Court is an Application for Default Judgment ("Application") filed by plaintiff Seven Arts Pictures, Inc. ("Plaintiff") against defendant 9MD UK Limited, an English corporation ("Defendant"). Both the Complaint and Plaintiff's Application assert that Defendant has ceased business and is involved in an involuntary liquidation proceeding in the Companies Court of the Chancery Division of the High Courts of Justice in England.

Federal Rule of Civil Procedure 17(b) states that a corporation's capacity to be sued is determined "by the law under which it was organized." Fed. R. Civ. P. 17(b)(2). "Rule 17(b) applies to dissolved corporations." Levin Metals Corp. v. Parr-Richmond Terminal Co., 817 F.2d 1448, 1451 (9th Cir. 1987). Under this rule Defendant's capacity to be sued is determined by the laws of England. The Court therefore orders Plaintiff to show cause, in writing, whether Defendant has the capacity to be sued under the laws of England in light of the liquidation proceeding. Plaintiff shall file its response to this order no later than January 24, 2011. The failure to respond by this date may result in the imposition of sanctions, including dismissal of this action without prejudice.

The hearing on Plaintiff's Motion for Default Judgment, currently calendared for January 24, 2011 at 1:30 p.m., is hereby continued to January 31, 2011 at 1:30 p.m.

|  | : | N/A |
|---|---|---|
| | Initials of Preparer | |